IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| RODNEY PLUMLEY, | ) | |
| | ) | |
| PLAINTIFF, | ) | JURY DEMAND |
| | ) | |
| V. | ) | Docket No. |
| | ) | |
| THE ROBERTS COMPANY, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF REMOVAL

Defendant The Roberts Company, Inc. ("Defendant") hereby files this Notice of Removal from the Circuit Court for McMinn County, Tennessee to the United States District Court for the Eastern District of Tennessee, Chattanooga Division, pursuant to 28 U.S.C. § 1441. In support of this Notice of Removal, Defendant states as follows:

## NOTICE OF REMOVAL IS TIMELY FILED

1. Plaintiff filed this action, designated as File No. 2016-CV-354, in the Circuit Court of McMinn County, Tennessee on October 20, 2016. (*See* Ex. A, Compl.) The Complaint originally named as defendants TRC Acquisitions, LLC, Roberts Construction LLC, The Roberts Company Fabrication Services, Inc., and The Roberts Company Field Services, Inc. (*Id.*) Due to the fact that Plaintiff was only employed by a single entity, which was formerly The Roberts Company Field Services, Inc., and is now The Roberts Company, Inc., the Parties filed a joint motion to substitute The Roberts Company, Inc. as the sole Defendant, related to which the Court granted an order on November 13, 2017. (*See* Ex. B, Joint Motion and Agreed Order Substituting Defendant).

1

Plaintiff subsequently filed an Amended Complaint on February 20, 2018. (*See* Ex. C, Am. Compl.) Relevant to this Notice, Plaintiff asserted a claim under Title VII of the Civil Rights Act of 1964 for the first time in the Amended Complaint. (*Id.*) Defendant received a copy of the Amended Complaint on February 22, 2018, which was the first notice Defendant received of the Amended Complaint, through service of process or otherwise. Defendant has filed this Notice of Removal within thirty (30) days of its receipt of a copy of the amended pleading giving rise to federal jurisdiction. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(3). Defendant attached hereto a copy of the remaining documents of record in this matter in the McMinn County Circuit Court as Exhibit D. (*See* Ex. D, Remainder of Circuit Court Record).

## THIS COURT HAS FEDERAL QUESTION JURISDICTION

2. Plaintiff is a citizen and resident of Bradley County, Tennessee. (Am. Compl. ¶ 1.)

3. Defendant is a Delaware limited liability company with its principal place of business in Winterville, North Carolina, which is in Pitt County.

4. Plaintiff's Amended Complaint seeks relief under Title VII of the Civil Rights Act of 1964. (Am. Compl. ¶¶ 11 et seq.) As such, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5. Pursuant to 28 U.S.C. § 1446(a), Defendants are attaching to this Notice of Removal a copy of the complete state court record from the Circuit Court of McMinn County, Tennessee. (*See* Ex. A; Ex. B; Ex. C; Ex. D)

6. The state court in which this action was commenced, the Circuit Court of McMinn County, Tennessee, is within this Court's federal district. Therefore, venue is proper with this Court pursuant to 28 U.S.C. § 1441(a).

7. Defendant will promptly provide written notice of the removal of this action to Plaintiff and the Circuit Court of McMinn County, Tennessee by filing a Notice of Filing of Notice of Removal, together with a copy of this Notice of Removal, and by serving the same on counsel for Plaintiff, as provided under 28 U.S.C. § 1446(d).

WHEREFORE, based upon the foregoing, Defendant hereby removes this civil action from the Circuit Court of McMinn County, Tennessee to the United States District Court for the Eastern District of Tennessee, Chattanooga Division.

DATED this 5th day of March, 2018.

Respectfully submitted,

/s/ Steven H. Trent
Steven H. Trent, BPR No. 016322
Ronald S. Range, III, BPR No. 033499
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Ste. 200
Johnson City, Tennessee 37604
(423) 928-0181 (Telephone)
(423) 928-5694 (Facsimile)
strent@bakerdonelson.com
trange@bakerdonelson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that I have this day served via United States Mail, postage prepaid, a true and correct copy of the foregoing on the following:

Joshua R. Ward, BPR No. 031329
MASSEY & ASSOCIATES, P.C.
6400 Lee Highway, Ste. 101
Chattanooga, TN 37421
423-697-4529 (Telephone)
423-634-8886 (Facsimile)

*Attorney for Plaintiff*

DATED this 5th day of March, 2018.

                                        /s/ Steven H. Trent
                                        Attorney

4

Case 1:18-cv-00043-CHS    Document 1    Filed 03/05/18    Page 4 of 4    PageID #: 4